IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA A. JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:14-cv-1247-WHA-WC |
| ) | |
| TUSKEGEE UNIVERSITY, an ) | (WO) |
| academic institution; DR. ) | |
| GREGORY PRITCHETT, an ) | |
| individual, in his official and ) | |
| individual capacities, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION AND ORDER

This cause is before the court on Defendant Tuskegee University's ("Tuskegee") Motion to Dismiss Count One of the Complaint (Doc. # 9), filed on February 6, 2015. Counsel for Plaintiff Cynthia A. Jackson has filed a Response (Doc. # 15) conceding that Tuskegee's arguments are persuasive and stating that Plaintiff does not oppose dismissal of Count One of the Complaint.

For these reasons, it is hereby

ORDERED that the Motion to Dismiss Count One of the Complaint (Doc. # 9) is GRANTED and Count One of the Complaint is DISMISSED with prejudice.

The case will proceed on the remaining claims.

DONE this 3rd day of March, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE